**99–875. Kirby v. Pioneer Ins. Co.**
Warren App. No. CA98–09–120. Discretionary appeal allowed; *sua sponte*, cause held for the decision

in 99–85, *Cicco v. Stockmaster,* Huron App. No. H–98–016; briefing schedule stayed.

MOYER, C.J., and LUNDBERG STRATTON, J., dissent.